No. 71–349. EGER v. FLORIDA STATE BOARD OF DENTISTRY. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 71–190. HARTSTEIN v. MISSOURI. Sup. Ct. Mo. Certiorari granted and judgment reversed. *Redrup* v. *New York,* 386 U. S. 767 (1967). THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN dissent.

No. 71–443. WIENER ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Diego. Certiorari granted and judgment reversed. *Redrup* v. *New York,* 386 U. S. 767 (1967). THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN dissent.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Motion of State of Louisiana for relief pursuant to Rule 60 (b) of the Federal Rules of Civil Procedure denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier orders herein, see, *e. g., ante,* p. 932.]

No. 40, Orig. PENNSYLVANIA v. NEW YORK ET AL. Report of Special Master received and filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days thereafter. [For earlier orders herein, see, *e. g.,* 401 U. S. 931.]

No. A–482. BABBITZ v. McCANN, DISTRICT ATTORNEY OF MILWAUKEE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the stay should be granted.